```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-02989-HWV
Robin M. Harris                                                 Chapter 7
      Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 2              Date Rcvd: Aug 21, 2017
                              Form ID: 309A              Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db           +Robin M. Harris,    504 Vernon Avenue,    Harrisburg, PA 17109-4031
aty          +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr           +Lawrence G. Frank (Trustee),     100 Aspen Drive,    Dillsburg, PA 17019-9621
4954114      +AllianceOne Receivables Management,    6565 Kimball Drive,    Suite 200,
               Gig Harbor WA 98335-1206
4954116      +Arcadia Recovery Bureau LLC,    PO Box 6768,    Reading PA 19610-0768
4954119      +Bureau of Account Management,     3607 Rosemont Ave Ste 502,    Po Box 8875,
               Camp Hill PA 17001-8875
4954120      +Bureau of Account Management,    PO Box 8875,    3607 Rosemont Ave. Suite 502,
               Camp Hill PA 17011-6943
4954121      +Caldwell & Kearns, P.C.,    3631 North Front Street,    Harrisburg PA 17110-1500
4954123       Capital One Bank,    c/o Hayt, Hayt & Landau, LLC,    123 S. Broad Street, Suite 1660,
               Philadelphia PA 19109-1003
4954124      +Capital Region Water,    100 Pine Drive,    Harrisburg PA 17103-1260
4954125       Center City Dental Care,    227 Pine Street,    Harrisburg PA 17101-1353
4954128      +City of Harrisburg,     SP Plus Municipal Services,    223 Walnut Street, Ste 1,
               Harrisburg PA 17101-1732
4954130       Computer Credit, Inc.,    470 West Hanes Mill Road,    PO Box 5238,    Winston Salem NC 27113-5238
4954132       DRJTBC,    PO Box 8500-7622,    Philadelphia PA 19178-7622
4954133      +Fed Loan Servicing,    Po Box 60610,    Harrisburg PA 17106-0610
4954136       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls SD 57104
4954138      +J.P. Harris Associates LLC,    PO Box 226,    Mechanicsburg PA 17055-0226
4954141      +John and Lola Harris,    8 North 36th Street,    Harrisburg PA 17109-2401
4954143      +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia PA 19106-1538
4954142      +Keystone Collections Group,    PO Box 504,    Irwin PA 15642-0504
4954144       Locust Lane Dental Group,    5525 Locust Lane,    Harrisburg PA 17109-5677
4954149       MSHMC Physicians Group,    PO Box 643313,    Pittsburgh PA 15264-3313
4954150       MSHMC Physicians Group Billing Svrs,     PO Box 854,    Hershey PA 17033-0854
4954147       Milton S. Hershey Medical Center,    PO Box 643291,    Pittsburgh PA 15264-3291
4954148      +Milton S. Hershey Medical Center,    PO Box 853,    Hershey PA 17033-0853
4954151      +NJ E-ZPass,    Violations Processing Center,    PO Box 4971,    Trenton NJ 08650-4971
4954153       NYC Dept. of Finance/Parking,    PO Box 3615,    Church Street Station,    New York NY 10008-3615
4954152       Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga NY 14225-1943
4954161       PPL Electric Utilities,    827 Hausman Road,    Allentown PA 18104-9392
4954154       Penn Credit Corporation,    916 South 14th Street,    PO Box 988,    Harrisburg PA 17108-0988
4954155      +Penn State,    308 Shields Bldg,    University Park PA 16802-1220
4954156      +Penn Waste, Inc.,    PO Box 3066,    York PA 17402-0066
4954157      +Pennsylvania Turnpike Commission,     Violation Processing Center,    8000 C Derry Street,
               Harrisburg PA 17111-5287
4954158       Pinnacle Health,    PO Box 2353,    Harrisburg PA 17105-2353
4954159       Pinnacle Health Emergency Services,    PO Box 120153,    Grand Rapids MI 49528-0103
4954162       Quantum Imaging & Therapeutic Assoc,    PO Box 62165,    Baltimore MD 21264-2165
4954163       Quest Diagnostics,    PO Box 740775,    Cincinnati OH 45274-0775
4954165       RTR Financial Services, Inc.,    PO Box 60640,    Staten Island NY 10306-0640
4954166       Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg PA 17110-3301
4954167      +Target Mobile Direct,    5125 Jonestown Rd Ste 331,    Harrisburg PA 17112-4912
4954168       The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
               Albany NY 12212-5186
4954169      +TrueAccord,    303 2nd Street,    Suite 750 South Tower,    San Francisco CA 94107-1366
4954170       Universal Fidelity, LP,    PO Box 219785,    Houston TX 77218-9785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: lrynard@pkh.com Aug 21 2017 18:59:52      Lisa A Rynard,    Purcell Krug and Haller,
               1719 North Front Street,    Harrisburg, PA  17102
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 21 2017 19:00:04       United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4954115      +E-mail/Text: pprice@arbrecovery.com Aug 21 2017 19:00:08      Arcadia Recovery Bur,
               645 Penn St,    Reading PA 19601-3543
4954117       EDI: BANKAMER.COM Aug 21 2017 18:58:00      Bank Of America,    Po Box 982238,    El Paso TX 79998
4954118      +E-mail/Text: banko@berkscredit.com Aug 21 2017 18:59:59      Berks Credit & Collections,
               Po Box 329,    Temple PA 19560-0329
4954122      +EDI: CAPITALONE.COM Aug 21 2017 18:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
               Salt Lake City UT 84130-0253
4954127       EDI: CITICORP.COM Aug 21 2017 18:58:00      Citi,    Box 6500,    Sioux Falls SD 57117-6500
4954126       EDI: CITICORP.COM Aug 21 2017 18:58:00      Citi,    PO Box 6004,    Sioux Falls SD 57117-6004
4954129      +E-mail/Text: melonie@reducear.com Aug 21 2017 19:00:20      Collection Bureau Ft Walt,
               Po Box 4127,    Fort Walton Beach FL 32549-4127
4954134       E-mail/Text: data_processing@fin-rec.com Aug 21 2017 19:00:00
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis MN 55438-5908
4954135      +EDI: FSAE.COM Aug 21 2017 18:58:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
               Amherst NY 14228-3609
4954137      +EDI: IIC9.COM Aug 21 2017 18:58:00      IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,
               St Paul MN 55164-0378
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4954140        EDI: JEFFERSONCAP.COM Aug 21 2017 18:58:00      Jefferson Capital Systems, LLC,
               16 McLeland Road,    Saint Cloud MN 56303
4954145       +EDI: RESURGENT.COM Aug 21 2017 18:58:00      LVNV Funding/Resurgent Capital,   Po Box 10497,
               Greenville SC 29603-0497
4954146        E-mail/Text: camanagement@mtb.com Aug 21 2017 19:00:00      M & T Bank,   Po Box 844,
               Buffalo NY 14240
4954160       +E-mail/Text: schesek@pinnaclehealth.org Aug 21 2017 19:00:01      Pinnacle Health Hospitals,
               PO Box 2353,    Harrisburg PA 17105-2353
4954164       +E-mail/Text: BankruptcyMail@questdiagnostics.com Aug 21 2017 19:00:21       Quest Diagnostics,
               3 Giralda Farms,    Madison NJ 07940-1027
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4954113        1-17-02989-hwv
4954139*      +J.P. Harris Associates, LLC,   PO Box 226,   Mechanicsburg PA 17055-0226
4954131      ##+Delaware River Joint Toll Bridge Co,   PO Box 851918,   Richardson TX 75085-1918
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
          Lisa A Rynard    on behalf of Debtor Robin M. Harris  lrynard@pkh.com, rwhitfield@pkh.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Robin M. Harris | Social Security number or ITIN | xxx–xx–3913 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | July 20, 2017 |
| Case number: | 1:17–bk–02989–HWV | Date case converted to chapter 7 | August 5, 2017 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robin M. Harris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 504 Vernon Avenue<br>Harrisburg, PA 17109 | |
| 4. | **Debtor's attorney**<br>Name and address | Lisa A Rynard<br>Purcell Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br>Email: lrynard@pkh.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: August 21, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 6, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: December 5, 2017** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**