```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                                  Case No. 17-02989-HWV
Robin M. Harris                                                                         Chapter 7
          Debtor                             CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 2                 Date Rcvd: Aug 24, 2017
                               Form ID: nt122               Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
```
db             +Robin M. Harris,    504 Vernon Avenue,    Harrisburg, PA 17109-4031
4954114        +AllianceOne Receivables Management,    6565 Kimball Drive,   Suite 200,
                 Gig Harbor WA 98335-1206
4954116        +Arcadia Recovery Bureau LLC,    PO Box 6768,   Reading PA 19610-0768
4954117       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,   El Paso TX 79998)
4954119        +Bureau of Account Management,    3607 Rosemont Ave Ste 502,   Po Box 8875,
                 Camp Hill PA 17001-8875
4954120        +Bureau of Account Management,    PO Box 8875,   3607 Rosemont Ave. Suite 502,
                 Camp Hill PA 17011-6943
4954121        +Caldwell & Kearns, P.C.,    3631 North Front Street,   Harrisburg PA 17110-1500
4954122        +Capital One,   Attn: Bankruptcy,    Po Box 30253,   Salt Lake City UT 84130-0253
4954123         Capital One Bank,    c/o Hayt, Hayt & Landau, LLC,    123 S. Broad Street, Suite 1660,
                 Philadelphia PA 19109-1003
4954124        +Capital Region Water,    100 Pine Drive,   Harrisburg PA 17103-1260
4954125         Center City Dental Care,    227 Pine Street,   Harrisburg PA 17101-1353
4954127        +Citi,   Box 6500,    Sioux Falls SD 57117-6500
4954126         Citi,   PO Box 6004,    Sioux Falls SD 57117-6004
4954128        +City of Harrisburg,    SP Plus Municipal Services,    223 Walnut Street, Ste 1,
                 Harrisburg PA 17101-1732
4954130         Computer Credit, Inc.,    470 West Hanes Mill Road,   PO Box 5238,   Winston Salem NC 27113-5238
4954132         DRJTBC,   PO Box 8500-7622,    Philadelphia PA 19178-7622
4954133        +Fed Loan Servicing,    Po Box 60610,   Harrisburg PA 17106-0610
4954135        +Firstsource Advantage, LLC,    205 Bryant Woods South,   Amherst NY 14228-3609
4954136         Fst Premier,   601 S Minneapolis Ave,    Sioux Falls SD 57104
4954137        +IC Systems, Inc,    Attention: Bankruptcy,    Po Box 64378,   St Paul MN 55164-0378
4954138        +J.P. Harris Associates LLC,    PO Box 226,   Mechanicsburg PA 17055-0226
4954141        +John and Lola Harris,    8 North 36th Street,   Harrisburg PA 17109-2401
4954143        +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
4954142        +Keystone Collections Group,    PO Box 504,   Irwin PA 15642-0504
4954144         Locust Lane Dental Group,    5525 Locust Lane,   Harrisburg PA 17109-5677
4954149         MSHMC Physicians Group,    PO Box 643313,   Pittsburgh PA 15264-3313
4954150         MSHMC Physicians Group Billing Svrs,    PO Box 854,   Hershey PA 17033-0854
4954148        +Milton S. Hershey Medical Center,    PO Box 853,   Hershey PA 17033-0853
4954147         Milton S. Hershey Medical Center,    PO Box 643291,   Pittsburgh PA 15264-3291
4954151        +NJ E-ZPass,   Violations Processing Center,    PO Box 4971,   Trenton NJ 08650-4971
4954153         NYC Dept. of Finance/Parking,    PO Box 3615,   Church Street Station,   New York NY 10008-3615
4954152         Northstar Location Services, LLC,    4285 Genesee Street,   Cheektowaga NY 14225-1943
4954161         PPL Electric Utilities,    827 Hausman Road,   Allentown PA 18104-9392
4954154         Penn Credit Corporation,    916 South 14th Street,   PO Box 988,    Harrisburg PA 17108-0988
4954155        +Penn State,   308 Shields Bldg,    University Park PA 16802-1220
4954156        +Penn Waste, Inc.,    PO Box 3066,   York PA 17402-0066
4954157        +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry Street,
                 Harrisburg PA 17111-5287
4954158         Pinnacle Health,    PO Box 2353,   Harrisburg PA 17105-2353
4954159         Pinnacle Health Emergency Services,    PO Box 120153,   Grand Rapids MI 49528-0103
4954162         Quantum Imaging & Therapeutic Assoc,    PO Box 62165,   Baltimore MD 21264-2165
4954163         Quest Diagnostics,    PO Box 740775,   Cincinnati OH 45274-0775
4954165         RTR Financial Services, Inc.,    PO Box 60640,   Staten Island NY 10306-0640
4954166         Susquehanna Township Authority,    1900 Linglestown Road,   Harrisburg PA 17110-3301
4954167        +Target Mobile Direct,    5125 Jonestown Rd Ste 331,   Harrisburg PA 17112-4912
4954168         The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany NY 12212-5186
4954169        +TrueAccord,   303 2nd Street,    Suite 750 South Tower,   San Francisco CA 94107-1366
4954170         Universal Fidelity, LP,    PO Box 219785,   Houston TX 77218-9785
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4954115        +E-mail/Text: pprice@arbrecovery.com Aug 24 2017 18:49:43     Arcadia Recovery Bur,
                 645 Penn St,    Reading PA 19601-3543
4954118        +E-mail/Text: banko@berkscredit.com Aug 24 2017 18:49:37     Berks Credit & Collections,
                 Po Box 329,   Temple PA 19560-0329
4954129        +E-mail/Text: melonie@reducear.com Aug 24 2017 18:49:48     Collection Bureau Ft Walt,
                 Po Box 4127,   Fort Walton Beach FL 32549-4127
4954134         E-mail/Text: data_processing@fin-rec.com Aug 24 2017 18:49:37
                 Financial Recovery Services, Inc.,    PO Box 385908,   Minneapolis MN 55438-5908
4954140         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 24 2017 18:49:44     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud MN 56303
4954145        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2017 18:53:07
                 LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville SC 29603-0497
4954146         E-mail/Text: camanagement@mtb.com Aug 24 2017 18:49:38     M & T Bank,   Po Box 844,
                 Buffalo NY 14240
4954160        +E-mail/Text: schesek@pinnaclehealth.org Aug 24 2017 18:49:38     Pinnacle Health Hospitals,
                 PO Box 2353,    Harrisburg PA 17105-2353
```

```
District/off: 0314-1           User: DDunbar              Page 2 of 2              Date Rcvd: Aug 24, 2017
                               Form ID: nt122             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4954164        +E-mail/Text: BankruptcyMail@questdiagnostics.com Aug 24 2017 18:49:49      Quest Diagnostics,
                 3 Giralda Farms,   Madison NJ 07940-1027
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4954113          1-17-02989-hwv
4954139*       +J.P. Harris Associates, LLC,   PO Box 226,   Mechanicsburg PA 17055-0226
4954131       ##+Delaware River Joint Toll Bridge Co,   PO Box 851918,   Richardson TX 75085-1918
                                                                                      TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Lisa A Rynard    on behalf of Debtor Robin M. Harris lrynard@pkh.com, rwhitfield@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robin M. Harris
Debtor(s)

Chapter 7

Case No. 1:17−bk−02989−HWV

## Notice

Pursuant to 11 U.S.C., Section 707(b), the Clerk is required to notify creditors if a presumption of abuse exists. You are hereby notified:

**The debtor has filed a statement indicating a presumption of abuse arises under section 707(b) of the Bankruptcy Code. Creditors may have the right to file a motion to dismiss the case or, with the debtor's consent, convert the case to Ch 11 or 13.**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: August 24, 2017